```
                                              FILED
                                              GREAT FALLS
IN THE UNITED STATES DISTRICT COURT
                                              2008 JUN 5 PM 3 55
FOR THE DISTRICT OF MONTANA
                                              PATRICK E. DUFFY, CLERK
BUTTE DIVISION                         BY _____
                                              DEPUTY CLERK
```

KEITH DOYLE,

                Plaintiff,

vs.

BUTTE/SILVER BOW COUNTY COMMISSIONERS; BUTTE/SILVER BOW COUNTY; JACK WALSH, Former Head Jailer of the Old Butte/Silver Bow County Jail; ED O'NEAL, New Head Jailer of the Butte/Silver Bow County Jail; SHERIFF JOHN WALSH of Butte/Silver Bow County and County Jail; JEROME McCARTHY, Cpt. of the New Butte/Silver Bow County Jail; GEORGE SCHOOLTICH, Former Cpt. of the Old Butte/Silver Bow County Jail,

                Defendants.

No. CV-05-66-BU-SEH

**ORDER**

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on May 16, 2008. Plaintiff filed objections on June 2, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 65.

-1-

ORDERED:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. The Clerk shall enter judgment accordingly.

DATED this 5th day of June, 2008.

                                      SAM E. HADDON
                                      United States District Judge